# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DANIELS,<br><br>    Plaintiff,<br><br>v.<br><br>J. VALENCIA, et al.,<br><br>    Defendant. | Case No.: 1:17-cv-00492 - DAD – EPG (PC)<br><br>ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND DIRECTING THAT PLAINTIFF BE TRANSPORTED BACK TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>(Doc. No. 36) |

On November 2, 2018, the Court conducted a settlement conference between the parties, and Plaintiff appeared in person pursuant to a Writ of Habeas Corpus Ad Testificandum. The settlement conference has concluded and Plaintiff David Daniels is no longer needed as a participant in this proceeding.

Accordingly, IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Testificandum is DISCHARGED and Plaintiff shall be transported immediately back to the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

DATED:    November 2, 2018

UNITED STATES MAGISTRATE JUDGE

1