UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DANIELS,<br><br>  Plaintiff,<br><br>  v.<br><br>J. VALENCIA, et al.,<br><br>  Defendants. | Case No. 1:17-cv-00492-DAD-EPG<br><br>ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF Nos. 43, 44) |

On November 5, 2018, Plaintiff David Daniels, and Defendants J. Valencia, M. Owens, E. Torres, S. Pano, M. Benevidez, C. Crabtree, N. Johnson, E. Madruga, J. Carranza, D. Snell, S. Babb, S. Sherman, and L. Hutchinson filed a stipulation for voluntary dismiss of the entire action with prejudice. (ECF Nos. 43, 44.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 6, 2018**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE